# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-1711
_____

DONTAVIOUS COPELAND,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Alachua County.
James M. Colaw, Judge.

October 30, 2024

PER CURIAM.

The Court dismisses this appeal as untimely. *See* Fla. R. App. P. 9.141(b)(1) & 9.110(b).

B.L. THOMAS, ROWE, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Dontavious Copeland, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.